UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61483-RAR

**HALLMARK SPECIALTY
INSURANCE COMPANY**,

       Plaintiff,

v.

**LION HEART SURGICAL
SUPPLY, LLC**, *et al.*,

       Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendants Fabian Conde; XS Supply, LLC; Ethicon, Inc.; Lion Heart Surgical Supply Corp.; Lion Heart Surgical Supply LLC; Janaina D. Nascimento; and Ethicon US, LLC (collectively, "Served Defendants") have been served with process. *See* Returns of Service [ECF Nos. 9-15]. However, no proof of service for Defendant Johnson & Johnson has been filed. To better manage the orderly progress of this case, it is

**ORDERED AND ADJUDGED** that the Served Defendants shall not file a response until Johnson & Johnson has been served with process. After *all* Defendants have been served, Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond. Thus, Plaintiff shall promptly file a return of service after serving Johnson & Johnson.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 5th day of August, 2020.

                                                    _____
                                                    **RODOLFO A. RUIZ II**
                                                    **UNITED STATES DISTRICT JUDGE**