UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61483-RAR

**HALLMARK SPECIALTY**
**INSURANCE COMPANY**,

        Plaintiff,

v.

**LION HEART SURGICAL**
**SUPPLY, LLC**, *et al.*,

        Defendants.
_____/

## ORDER OVERRULING HALLMARK SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER DENYING ORE TENUS MOTION TO COMPEL AND CANCELLING DISCOVERY HEARING

**THIS CAUSE** is before the Court on Plaintiff Hallmark Specialty Insurance Company's Objections to the Magistrate Judge's Order Denying Ore Tenus Motion to Compel and Cancelling Discovery Hearing [ECF No. 95] ("Objections"). Having reviewed the Objections and Response [ECF No. 101], and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Objections [ECF No. 95] are **OVERRULED** as set forth herein.

The Objections were filed pursuant to Local Magistrate Rule 4(a) and Federal Rule of Civil Procedure 72(a). When timely objections are made to a Magistrate Judge's order on a non-dispositive matter, "[t]he district judge … shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also* Local Magistrate Judge Rule 4(a)(1) (reciting same standard). Under that standard, an order is "contrary to law" when the Magistrate Judge's legal conclusions "fail[] to apply or misappl[y] relevant statutes, case law, or rules of procedure." *Rodriguez v. Pan Am. Health Org.*, No. 18-24995, 2020 WL 1666757, at *2 (S.D. Fla. Apr. 3, 2020) (citation omitted).

Factual findings are reviewed under the "clearly erroneous" standard. *Id.* "Factual findings are clearly erroneous when, although there is evidence to support them, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *Jeld-Wen, Inc. v. Nebula Glass Int'l, Inc.*, No. 05-60860, 2007 WL 5971414, at *1 (S.D. Fla. May 17, 2007) (internal quotations, citations, and alterations omitted). "The mere fact that a reviewing court might have decided the issue differently is not sufficient to overturn a decision when there are two permissible views of the issue." *Pendlebury v. Starbucks Coffee Co.*, No. 04-80521, 2007 WL 4592267, at *1 (S.D. Fla. Dec. 28, 2007).

Reviewing the record under the deferential standard set forth above, the Court finds that Magistrate Judge Strauss's ruling on Hallmark's Motion to Compel and his decision not to extend the discovery deadline were not clearly erroneous or contrary to law. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff Hallmark's Objections [ECF No. 95] are **OVERRULED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of June, 2021.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**