UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61483-RAR

**HALLMARK SPECIALTY INSURANCE COMPANY**,

      Plaintiff,

v.

**LION HEART SURGICAL SUPPLY, LLC**, *et al.*,

      Defendants.
_____/

## ORDER DISMISSING XS DEFENDANTS

**THIS CAUSE** comes before the Court upon the Joint Stipulation [ECF No. 120], filed on September 7, 2021.  Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the XS Defendants (XS Supply, LLC, Jon M. Bird, Tyler Berger, Ivan Rodimushkin, David W. Longdue III, and Brendan Thomas) are **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of September 2021.

*[signature]*

RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE