UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HALLMARK SPECIALTY INSURANCE
COMPANY,

        Plaintiff,

v.

Case No. 20-cv-61483-RAR

LION HEART SURGICAL SUPPLY LLC,
LION HEART SURGICAL SUPPLY
CORP., FABIAN CONDE, JANAINA D.
NASCIMENTO, XS SUPPLY, LLC, AND
JOHNSON & JOHNSON, ETHICON, INC.
AND ETHICON US, LLC,

        Defendants.
_____/

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF REQUESTS RELATING TO WITNESS ROY ALBIANI AND JOHNSON & JOHNSON

Plaintiff, Hallmark Specialty Insurance Company ("Hallmark"), by and through undersigned counsel, notifies the Court and all parties hereto of the following:

1. In light of the Court's Order on Hallmark's Motion for Summary Judgment [D.E. 129], and for purposes of Hallmark's pending Motion for Leave to Present Trial Testimony via Remote Transmission [D.E. 125] and Motion for Leave to Take Depositions De Bene Esse [D.E. 126], Hallmark withdraws its requests (1) for leave to take video trial testimony of Roy Albiani and J&J's Corporate Representative; and (2) to take the deposition de bene esse of Roy Albiani.

2. The remaining issue in the Motion for Leave to Present Trial Testimony via Remote Transmission [D.E. 125] is Hallmark's request to take trial testimony via video-conference from Defendant Janaina Nascimento, who is currently on house arrest.

3. The remaining issue in the Motion for Leave to Take Depositions De Bene Esse [D.E. 126] is Hallmark's request to take the preservation deposition of non-party Eric Pray, due to medical issues and treatment rendering him unavailable for trial.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Hallmark certifies that it informed Defendants' counsel of Hallmark's intent to withdraw the above-described requests via email at 7:15 pm on October 14, 2021.

*/s/*Rory Eric Jurman
Rory Eric Jurman
Florida Bar No. 194646
Email: rjurman@hinshawlaw.com
Jenelle La Chuisa
Florida Bar No. 539988
Primary email: jlachuisa@hinshawlaw.com
Secondary email: dsmellie@hinshawlaw.com,
vharris@hinshawlaw.com
rejeserve@hinshawlaw.com

**HINSHAW & CULBERTSON LLP**
One East Broward Boulevard, Suite 1010
Ft. Lauderdale, FL 33301
T: (954) 467-7900
F: (954) 467-1024

William C. Morison
Pro Hac Vice
Primary email: wcm@morison.law
**MORISON LAW, LLP**
3478 Buskirk Avenue, Suite 342
Pleasant Hill, California 94523
T: (925) 937-9990
F: (925) 937-3272

*Attorneys for Plaintiff/Counter-Defendant Hallmark Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, a copy of the foregoing was served via email on all parties of interest listed on the service list:

/s/Rory Eric Jurman

## SERVICE LIST

Danya J. Pincavage (FL Bar 14616)
Omar M. Ali-Shamaa (FL Bar 121461)
WOLFE | PINCAVAGE
2937 SW 27th Avenue, Suite 302
Miami, FL 33133
T: (786) 409-0800
Primary: danya@wolfepincavage.com; omar@wolfepincavage.com
Secondary: monica@wolfepincavage.com; elizabeth.bernardez@wolfepincavage.com;
*Attorneys for Lion Heart Surgical Supply LLC, Lion Heart Surgical Supply Corp., Fabian Conde, and Janaina D. Nascimento*

Alice R. Huneycutt (FL Bar 293105)
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
SunTrust Financial Centre, Suite 2100
401 E. Jackson Street
Tampa, Florida 33602
Post Office Box 3299
Tampa, Florida 33601
T: (813) 222-5031
F: (813) 222-5089
Primary: ahuneycutt@stearnsweaver.com
Secondary: dangel@stearnsweaver.com, mkish@stearnsweaver.com

Geoffrey Potter (NY Bar 2252302 PHV)
Timothy Waters (NY Bar 4683157 PHV)
Joshua R. Stein (NY Bar 5387394 PHV)
Jacqueline Lash (NY Bar 5534953 PHV)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
T: (212) 336-2000
F: (212) 336-2222
Primary: gpotter@pbwt.com; twaters@pbwt.com; jstein@pbwt.com; jlash@pbwt.com
*Attorneys for Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC*