UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61483-RAR

**HALLMARK SPECIALTY
INSURANCE COMPANY**,

      Plaintiff,

v.

**LION HEART SURGICAL
SUPPLY, LLC**, *et al.*,

      Defendants.
_____/

**LION HEART SURGICAL
SUPPLY, LLC**, *et al.*,

      Counter-Plaintiffs,

v.

**HALLMARK SPECIALTY
INSURANCE COMPANY**,

      Counter-Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Settlement [ECF No. 150], filed on October 26, 2021, indicating that the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of the date of this Order.

    2.    The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of October, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**