UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-cv-61483-RAR

HALLMARK SPECIALTY INSURANCE COMPANY,

    Plaintiffs,

v.

LION HEART SURGICAL SUPPLY LLC, LION HEART
SURGICAL SUPPLY CORP., FABIAN CONDE, JANAINA D.
NASCIMENTO, JOHNSON & JOHNSON, ETHICON, INC.,
ETHICON US, LLC, XS SUPPLY, LLC, JON M. BIRD,
TYLER BERGER, IVAN RODIMUSHKIN,
DAVID W. LONGDUE III, and BENDAN THOMAS,

    Defendants.
_____/

## REPORT OF MEDIATOR

THIS CAUSE came before the undersigned Mediator on Monday, October 25, 2021 for the Mediation Conference attended by the parties and their counsel. At the conclusion of said Mediation Conference, it was SETTLED.[1]

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by E-service this 28th day of October 2021 upon all counsel of record.

                                       */s/ Glenn J. Waldman, Esq.*
                                       Glenn J. Waldman, Esq.
                                       Fla. Bar No. 374113
                                       Circuit Court Mediator
                                       gwaldman@waldmanlawfirm.com
                                       Telephone: (954) 937-4537

---

[1] The parties have separately executed a Confidential Global Mutual Settlement Agreement which is not attached to this Report of Mediator.